■ TRANSPORTATION INSURANCE COMPANY et al., Appellants, v JAMES PENNINGTON, Individually and Doing Business as PENNINGTON LANDSCAPING, et al., Respondents. (Appeal No. 2.) [692 NYS2d 631] —Judgment reversed on the law without costs, cross motions denied, motion granted and judgment granted in accordance with the same Memorandum as in *Hartford Cas. Ins. Co. v Pennington* (262 AD2d 1014 [decided herewith]).

All concur except Green, J. P., who dissents and votes to affirm in the same dissenting Memorandum as in *Hartford Cas. Ins. Co. v Pennington* (262 AD2d 1014 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.—Declaratory Judgment.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.